```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
E.Z., et al.,                                             :
:
                  Plaintiffs,   :
:  20-cv-3256 (VSB)
    -against-                                        :
:  **ORDER**
NEW YORK CITY DEPARTMENT OF                             :
EDUCATION,                                              :
:
                  Defendant.    :
:
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of the parties' October 29, 2020 letter in the above-captioned litigation, in which the parties stated that they were "hopeful" that they would "be able to reach a settlement agreement," but that Defendant "had not yet received settlement authority from the Comptroller's Office for this matter."  (Doc. 14.)  Accordingly, it is hereby:

      ORDERED that the parties shall submit a joint letter on or before December 14, 2020, updating the Court on A) whether or not Defendant has received settlement authority from the Comptroller's Office, and B) the status of settlement discussions between the parties.

SO ORDERED.

Dated: December 9, 2020
       New York, New York

                                                              Vernon S. Broderick
                                                               United States District Judge