```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
E.Z., et al.,                                            :
:
                          Plaintiffs,  :
:                      20-cv-3256 (VSB)
       -against-                               :
:                            **ORDER**
NEW YORK CITY DEPARTMENT OF                              :
EDUCATION,                                               :
:
                          Defendant.   :
:
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      In the parties' December 16, 2020 joint status report, they represented that they intended to engage in settlement discussions during the week of January 15, 2021, and if settlement were not reached at that time, they would submit a subsequent status update.  (Doc. 16.)  I have not received anything from the parties since that status update.  Accordingly, it is hereby:

      ORDERED that the parties shall submit a joint letter on or before January 29, 2021, updating the Court on the status of settlement discussions between the parties.

      SO ORDERED.

Dated: January 25, 2021
       New York, New York

                                                      _____
                                                      Vernon S. Broderick
                                                      United States District Judge