USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                   :

E.Z., et al.,                                      :

                        Plaintiff,         :                 20-cv-3256 (VSB)

-against-                              :                 **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION,                             :

                      Defendant.     :

-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

      SO ORDERED.

Dated:  February 1, 2021
           New York, New York

                                                          _____
                                                            Vernon S. Broderick
                                                             United States District Judge